AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CENTER FOR ENVIRONMENTAL LAW &
POLICY; COLUMBIA RIVERKEEPER,
                              Plaintiffs,

                  v.

U.S. BUREAU OF RECLAMATION;
MICHAEL L. CONNOR,
                              Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-160-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs' Motion for Summary Judgment is denied; Defendants' Cross-Motion for Summary Judgment is granted. Judgment is entered in favor of Defendants and against Plaintiffs.

| | |
|---|---|
| May 21, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |